UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>    *Plaintiff*,<br><br>v.<br><br>SEAN COMBS,<br><br>    *Defendant*. | Civ. No. 1:25-cv-01652-LAP<br><br>**[PROPOSED] ORDER** |

Upon good cause shown, the request of Plaintiff to proceed using the pseudonym "John Doe" is GRANTED.

Date: _____, 2025       _____

                     Hon. Loretta Preska, U.S. District Judge