**SHER TREMONTE LLP**

April 16, 2025

**BY ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *John Doe v. Sean Combs*, 25-cv-01652 (LAP)

Dear Judge Preska:

    We represent Sean Combs, the defendant (the "Defendant") in the above-referenced action. We write concerning a briefing schedule for Plaintiff's pending motion to proceed under a pseudonym (ECF No. 4 (the "Motion to Proceed Anonymously")). Because the Motion to Proceed Anonymously was filed prior to the service of the Summons and Complaint and prior to Defendant's appearance in this action, it appears there is presently no set deadline to respond to the Motion to Proceed Anonymously. Thus, the parties have conferred on a briefing schedule for the Motion to Proceed Anonymously and have agreed upon the following deadlines:

- Defendant's opposition to be filed by May 19, 2025 (the same day that Defendant's response to the Complaint is due);
- Plaintiff's reply, if any, to be filed by June 9, 2025.

    We respectfully request that the Court set the briefing schedule accordingly.

                              Respectfully submitted,

                              */s/ Erica A. Wolff*

                              Erica A. Wolff
                              Michael Tremonte
                              Alexandra Conlon

Cc:    All counsel (by ECF)