UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>          Plaintiff,<br><br>-against-<br><br>SEAN COMBS, GARREN JAMES aka BRETT TAYLOR, and COWBOYS4ANGELS,<br><br>          Defendant. | Case No. 1:25-cv-01652-LAP<br><br>**ORDER TO AMEND CAPTION** |

**IT IS HEREBY ORDERED**, pursuant to the Court's order denying Plaintiff's Motion to Proceed under Pseudonym (ECF No. 38), dated July 17th, 2025, and Plaintiff's filing of his Second Amended Complaint (ECF No. 43), dated July 31st, 2025, that:

1. JOHN DOE is hereby removed as a Plaintiff to this action.
2. STEVE OTIS is added to the caption as Plaintiff to this action.
3. The above caption shall be amended accordingly, as follows:

| | |
|---|---|
| STEVE OTIS,<br><br>          Plaintiff,<br><br>-against-<br><br>SEAN COMBS, GARREN JAMES aka BRETT TAYLOR, and COWBOYS4ANGELS,<br><br>          Defendant. | Case No. 1:25-cv-01652-LAP |

DATE: __August 12_____, 2025

SO ORDERED: _Loretta A. Preska_
             Hon. Loretta A. Preska