UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE OTIS,<br><br>                  *Plaintiff*,<br><br>v.<br><br>SEAN COMBS, GARREN JAMES aka BRETT TAYLOR, and COWBOYS4ANGELS,<br><br>                  *Defendants*. | Civ. No. 25-cv-01652 (LAP)<br><br>[PROPOSED]<br>**ORDER TO SHOW CAUSE**<br>**FOR DEFAULT JUDGMENT** |

Upon the attorney's affidavit of Adriana Alcalde, signed December 19, 2025, and the accompanying motion and exhibits, and upon all prior papers and proceedings had herein, it is hereby:

ORDERED that Defendant Garren James aka Brett Taylor (the "Defaulting Defendant") show cause in writing no later than *January 27* at 10:00, before the Honorable Loretta A. Preska in Courtroom 12A of the United States Courthouse, 500 Pearl Street, New York, NY 10007 why an Order should not be issued pursuant to Fed. R. Civ. P. 55(b)(2) and Rule 55.2(b) of the Local Rules of the U.S. District Court for the Southern District of New York in favor of Plaintiff Steve Otis for the following relief:

    1.    Entering a default judgment against the Defaulting Defendant pursuant to Fed. R. Civ. P. 55(b)(2) and Rule 55.2(b) of the Local Rules of the U.S. District Court for the Southern District of New York;

    2.    Ordering that an inquest be held to assess damages against the Defaulting Defendant; and it is further

ORDERED that service of a copy of this order and annexed affidavit and accompanying

motion and exhibits upon the Defaulting Defendant by regular or certified mail no later than <u>January 7</u>, at his last known address contained on the affidavits of service of the Second Amended Complaint shall be deemed good and sufficient service.

Dated: New York, NY

<u>January 5, 2026</u>

<u>Loretta A. Preska</u>
United States District Court Judge

Opposition shall be filed no later than January 15; reply, if any, shall be served no later January 22.

2