UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
STEVE OTIS,                                                                  Docket No. 25-cv-01652
                                                                             (LAP)


                                  Plaintiff,                   **NOTICE OF APPEARANCE**


          -against-

SEAN COMBS, GARREN JAMES aka BRETT TAYLOR,
and COWBOYS4ANGELS,

                                  Defendants.
---------------------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that Paul S. Haberman of Mueller Haberman Law Group hereby appears on behalf of defendants BRETT TAYLOR s/h/a "GARREN JAMES aka BRETT TAYLOR" and COWBOYS4ANGELS and requests that all future notices and other papers be served upon him at the office address stated below.

Dated:  New York, New York
          January 12, 2026

                                        **MUELLER HABERMAN LAW GROUP**

                                        */s/ Paul S. Haberman*
                       By: _____
                                       PAUL S. HABERMAN
                                       19 Engle Street, Tenafly, New Jersey 07670 (All Mail)
                                       88 Pine Street, 22nd Floor, New York, New York 10005
                                       (201) 567-4969: Phone
                                       phaberman@muellerfirm.com: E-Mail