

# MUELLER HABERMAN LAW GROUP

GREGORY K. MUELLER *
PAUL HABERMAN **
NEDA K. MOHEBBI
MICHAEL WHALEN *

OF COUNSEL:
BENJAMIN SUESS*
RAPHAEL G. JACOBS
ALLEN M. BELL
ELLIOTT MALONE *
PAUL I. PERKINS *+
MARIANNA MOLIVER *
BRIAN K. LAROCHE

19 ENGLE STREET
TENAFLY, NEW JERSEY  07670
(201) 567-4969
FAX (201) 567-4793

WALL STREET PLAZA
88 PINE STREET
22ND FLOOR
NEW YORK, NEW YORK  10005
(212) 995-5445

\*     MEMBER OF NJ & NY BARS
\*\*    MEMBER OF NJ, NY & CT BARS
\+ CERTIFIED CIVIL TRIAL ATTORNEY

January 14, 2026

**VIA ECF**
The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 2220
New York, New York 10007

    Re: **Request for Extension of Time in Otis v. Combs**
       **(Docket No. 25-cv-01652(LAP))**

Your Honor:

  I was just retained to represent defendants Brett Taylor and Cowboys4Angels in the above-referenced matter. On January 5, 2026, the Court entered an Order to Show Cause directing, in relevant part, that Mr. Taylor and Cowboys4Angels file opposition to the Order, which concerns the granting of default judgments against them, by this coming Thursday, January 15, 2026. D.E. No. 83.  Please consider this letter a formal request for a two (2) week extension of time, to January 29, 2026, to oppose the Order to Show Cause.

  The reason for this request is twofold. First, given the recency of my firm's retention, I need time to review the file and procedural history of this case, as well as to speak further with my clients as to the events leading up to the Order to Show Cause. Secondly, and more immediately, I am largely out of the office on Wednesday, January 14, 2026 (today) and Thursday, January 15, 2026 due to a pre-existing, out-of-the-office obligation to one of my clients.

I have spoken with Plaintiff's counsel and they do not consent to this request.

Thank you in advance for your timely consideration of this letter and the request made herein.

Respectfully Submitted,

/s/ Paul S. Haberman

_____
Paul S. Haberman

CC:   All Counsel (VIA ECF)

```
The  request  is  GRANTED  in  part  and  DENIED  in  part.
Defaulting  defendants'  requested  two-week  extension  is
unwarranted,  particularly  in  light  of  the  Order  to
Show  Cause  conference  scheduled  for  January  27.   The
Court  will  extend  the  defaulting  defendants'  written
opposition  deadline  to  January  20.   Plaintiff's  reply
deadline  shall  be  extended  to  January  23.

The Clerk of the Court shall close Dkt. 88.

SO ORDERED.
```

_Loretta A. Preska_
_____
Loretta A. Preska
United States District Judge

January 14, 2026