# EISENBERG & BAUM, LLP

March 3, 2026

**BY ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Otis v. Garren James, et al.*, No. 25-cv-01652 (LAP)

Dear Judge Preska:

    Plaintiff provides his witness list in advance of the hearing scheduled for March 17, 2026 at 11 a.m. concerning the motion for default judgment against Defendant Brett Taylor a.k.a. Garren James:

1. Defendant Brett Taylor a.k.a. Garren James
2. Francia Taylor
3. Brett Taylor's nanny referenced in ECF No. 90-7
4. Alexander Scarpechi
5. Plaintiff Steve Otis (as a potential rebuttal witness)

Brett Taylor's counsel, Thomas A. Bizarro Jr., will produce the first three witnesses without the need for a subpoena. Plaintiff's counsel will produce Alexander Scarpechi and have Plaintiff Steve Otis on standby.

    Plaintiff thanks the Court and remains available if there are any further questions.

    Respectfully submitted,

David John Hommel, Esq.
**EISENBERG & BAUM, LLP**
24 Union Square East, PH
New York, NY 10003
(212) 353-8700
dhommel@eandblaw.com
*Attorneys for Steve Otis*

cc:    Counsel of Record (via ECF)