# EISENBERG & BAUM, LLP

March 13, 2026

**BY ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Otis v. Garren James, et al.*, No. 25-cv-01652 (LAP)

Dear Judge Preska:

      To supplement the witness list at ECF No. 97, Plaintiff writes to address other logistics for the hearing scheduled for March 17, 2026 at 11 a.m. on the Motion for Default Judgment against Defendant Brett Taylor a.k.a. Garren James. Plaintiff anticipates about one hour. Defendant anticipates one to two hours or more.

      Plaintiff's exhibits will come from this case's docket.

      Finally, at the risk of repetition, Plaintiff intends to call (1) Defendant Brett Taylor a.k.a. Garren James, (2) Francia Taylor, (3) Daniel Felipe Gallego Obando, who is Brett Taylor's nanny referred in ECF No. 90-7, and (4) Alexander Scarpechi. Defense counsel, Thomas A. Bizarro Jr., will produce the first three witnesses without the need for a subpoena. Plaintiff's counsel will produce Alexander Scarpechi, and Plaintiff Steve Otis will be present and may testify as a potential rebuttal witness.

      Plaintiff thanks the Court and remains available if there are any further questions.

      Respectfully submitted,

      */s/ David J. Hommel*

      David John Hommel, Esq.
      **EISENBERG & BAUM, LLP**
      24 Union Square East, PH
      New York, NY 10003
      (212) 353-8700
      dhommel@eandblaw.com
      *Attorneys for Steve Otis*

cc:    Counsel of Record (via ECF)