# EISENBERG & BAUM, LLP

March 16, 2026

**BY ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

  **Re:** ***Otis v. Garren James, et al.*, No. 25-cv-01652 (LAP)**

Dear Judge Preska:

  The undersigned respectfully requests a remote appearance for Plaintiff Steve Otis[1] to attend tomorrow's hearing via Zoom or telephone because he had a family emergency where his children were hospitalized late Saturday night. The undersigned called the Courtroom Deputy first thing this morning to determine the best course to make this request. The undersigned then emailed defense counsel about consent and has not heard back but is filing now given the limited time before the hearing.

  Plaintiff thanks the Court and remains available if there are any further questions.

           Respectfully submitted,

           *David J Hommel*

           David John Hommel, Esq.
           **EISENBERG & BAUM, LLP**
           24 Union Square East, PH
           New York, NY 10003
           (212) 353-8700
           dhommel@eandblaw.com
           *Attorneys for Steve Otis*

cc: Counsel of Record (via ECF)

---

[1] Plaintiff Steve Otis was only listed as a potential rebuttal witness for the undersigned.