```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| STEVE OTIS,<br><br>                                Plaintiff,<br><br>     -against-<br><br> GARREN JAMES, a/k/a/<br> BRETT TAYLOR,<br><br>                                Defendant. | 25-cv-1652 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

For the reasons stated at today's hearing, the Court finds that Defendant Taylor was properly served with notice of this action, evaded service, and willfully defaulted.  Accordingly, Plaintiff's Motion for Default Judgment (Dkt. 79) is GRANTED.

The parties shall inform the Court by letter no later than by March 25, 2026 how they propose to proceed with the damages inquest and whether they seek discovery in advance.

The Clerk of Court shall close Dkt. 79.

**SO ORDERED.**

Dated:    New York, New York
          March 17, 2026

_____
LORETTA A. PRESKA
Senior United States District Judge