# EISENBERG & BAUM, LLP

March 24, 2026

**<u>BY ECF</u>**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

  **Re:** ***Otis v. Garren James, et al.*, No. 25-cv-01652 (LAP)**

Dear Judge Preska:

  I write on behalf of Plaintiff Steve Otis, pursuant to Rule 2(D) of the Court's Individual Practices, to respectfully request that the Court hold oral argument on Defendant Cowboys4Angels's Motion to Dismiss the Second Amended Complaint (ECF No. 98).

  Plaintiff thanks the Court and remains available if there are any further questions.

       Respectfully submitted,

       David John Hommel, Esq.
       **EISENBERG & BAUM, LLP**
       24 Union Square East, PH
       New York, NY 10003
       (212) 353-8700
       dhommel@eandblaw.com
       *Attorneys for Steve Otis*

cc:  All Counsel of Record