UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
 STEVE OTIS,                                             Case No.: 25-CV-01652 (LAP)

                            Plaintiff,

        -against-


SEAN COMBS, GARREN JAMES a/k/a BRETT          **<u>NOTICE OF APPEAL</u>**
TAYLOR, and COWBOYS4ANGELS,


                            Defendants.
--------------------------------------------------------X

        Notice is hereby given that Defendant-Appellant Brett Taylor f/k/a Garren James

("Taylor"), incorrectly sued herein as Garren James a/k/a Brett Taylor, appeals to the United

States Court of Appeals for the Second Circuit from the Order of the Honorable Loretta A.

Preska dated March 17, 2026 and entered on March 18, 2026, granting Plaintiff's Motion

for Default Judgment on liability (Dkt. 102).

        On March 17, 2026, the Court found - findings which Defendant-Appellant disputes

- that Defendant Taylor was properly served with notice of the action, evaded service, and

willfully defaulted, and granted Plaintiff's Motion for Default Judgment (Dkt. 79). The Order

contemplates further proceedings regarding a damages inquest and potential discovery

and directed the parties to inform the Court by March 25, 2026 how they propose to

proceed on damages.

        This appeal is taken from the portion of the Court's Order adjudicating liability by

default. Determination of damages has not yet occurred. Defendant-Appellant contends

that the liability ruling is immediately appealable as a collateral order, or in the alternative,

as a final judgment on a discrete and separable issue, and this appeal is taken from the

- 1 -

- 2 -

Court's Order adjudicating liability by default. Determination of damages has not yet occurred.

Dated: Huntington, New York

April 10, 2026

Respectfully submitted,

**LAW OFFICES OF THOMAS A. BIZZARO, JR., P.C.**

By:    _____

Thomas A. Bizzaro, Jr., Esq.
*Attorneys for Defendant Brett Taylor f/k/a Garren James, i/s/h/a Garren James a/k/a Brett Taylor*
23 Green Street, Suite 309
Huntington, New York 11743
(631) 380-3297
tbizzaro@tab-law.com

cc:     All Counsel via ECF