UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVE OTIS,

                              Plaintiff,          25-cv-1652 (LAP)

       -against-                                  ORDER

COWBOYS4ANGELS

                              Defendant.

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Defendant Cowboys4Angels' Motion to Dismiss Plaintiff's Amended Complaint.   (Dkt. 98.)   In connection with the default proceedings against co-defendant Brett Taylor, new evidence has surfaced that may bear on Plaintiff's arguments for equitable tolling.   In opposing Defendant's motion, Plaintiff offers to amend his complaint and incorporate new facts that may "cure the perceived lack of specificity or attenuation" noted in the Court's prior Opinion & Order dismissing similar claims against co-defendant Sean Combs.   (Dkt. 106 at 10.)

Where, as here, a plaintiff proposes to amend a complaint while a motion to dismiss is pending, "the preferred course is to grant leave to amend even if doing so renders moot the motion to dismiss, rather than granting the motion to dismiss and rendering moot the motion for leave."   Adams v. 796-798 Ninth Successor LLC, No. 25-CV-00912 (MKV), 2025 WL 2208044, at *1 (S.D.N.Y. Aug.

4, 2025).   Because the Court agrees that leave to amend is appropriate, the Court will <u>sua sponte</u> permit Plaintiff to amend his complaint and deny Cowboys4Angels' pending motion to dismiss as moot.

Accordingly, Cowboys4Angels' motion to dismiss (Dkt. 98) is <u>DENIED</u> without prejudice.   The parties shall confer and submit to the Court, within one week, an amended briefing schedule regarding Plaintiff's amendment of the complaint and Defendant's renewed motion to dismiss.

The Clerk of Court shall close Dkt. 98.

**SO ORDERED.**

Dated:   New York, New York
         April 13, 2026

_____
LORETTA A. PRESKA
Senior United States District Judge