# EISENBERG ❦ BAUM, LLP

**BY ECF**                                                          April 20, 2026
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

     **Re:** ***Otis v. Garren James, et al.*, No. 25-cv-01652 (LAP)**

Dear Judge Preska:

     Consistent with the Court's Order dated April 13, 2026 (ECF No. 113), the undersigned writes on behalf of both parties to advise about briefing schedule regarding Plaintiff's amendment of the complaint:

- Plaintiff shall serve his Third Amended Complaint by April 27, 2026;
- Defendant Cowboys4Angels will file its motion to dismiss by May 18, 2026;
- Plaintiff will file his opposition papers by June 1, 2026; and
- Defendant Cowboys4Angels will file its reply papers by June 8, 2026.

     Additionally, Plaintiff will not allege any new claims against the Defaulting Defendant Garren James a.k.a. Brett Taylor to preserve the default judgment against him and proceed to discovery before the damages inquest, as the Defaulting Defendant voluntarily dismissed his appeal before the U.S. Court of Appeals for the Second Circuit today.

     Plaintiff thanks the Court and remains available if there are any further questions.

EISENBERG & BAUM, LLP
24 UNION SQUARE EAST - PENTHOUSE NEW YORK NY 10003
PH 212 353 8700 FAX 917 591 2875
EandBLaw.com

The Honorable Loretta A. Preska
April 20, 2026
Page 2

Respectfully submitted,

David John Hommel, Esq.
**EISENBERG & BAUM, LLP**
24 Union Square East, PH
New York, NY 10003
(212) 353-8700
dhommel@eandblaw.com
*Attorneys for Steve Otis*

cc:    All Counsel of Record