# EISENBERG & BAUM, LLP

May 6, 2026

**<u>BY ECF</u>**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      **Re:**   ***Otis v. Garren James, et al.*, No. 25-cv-01652 (LAP)**

Dear Judge Preska:

Consistent with the Court's Order dated April 23, 2026 (ECF No. 118), the parties propose the following discovery plan:

- Deadline to Serve Discovery Requests: May 30, 2026
- Deadline to Take Depositions: June 30, 2026
- Deadline to Disclose Expert Reports:
  - Plaintiff proposes July 31, 2026.
  - Defaulting Defendant requests an Independent Medical Examination within 30 days from receipt of any and all medical records.

The parties estimate two days for the inquest, and between June 2026 and September 2026, one or more parties are unavailable on:

- June 1-3 and 8-26
- July 1-2, 4, 6-14, 20, 22, and 27-31
- August 3-27
- September 2, 10, 14-18, 21, and 29

The Honorable Loretta A. Preska
May 6, 2026
Page 2

Plaintiff thanks the Court and remains available if there are any further questions.

Respectfully submitted,

David John Hommel, Esq.
**EISENBERG & BAUM, LLP**
24 Union Square East, PH
New York, NY 10003
(212) 353-8700
dhommel@eandblaw.com
*Attorneys for Steve Otis*

cc:    All Counsel of Record

The Court will hold the damages inquest in Courtroom 12A on Monday, August 31, 2026 and Tuesday, September 1, 2026 at 10:00 AM each day.

**SO ORDERED.**

Loretta A. Preska
United States District Judge

May 11, 2026