## EISENBERG ⑳ BAUM, LLP

June 12, 2026

**Via ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *Otis v. Garren James, et al.*, No. 25-cv-01652 (LAP)

Dear Judge Preska,

I write on behalf of Plaintiff Steve Otis, pursuant to Rule 2(A) of the Court's Individual Practices and Local Civil Rule 37.2, to respectfully request a discovery conference because Defaulting Defendant Garren James a.k.a. Brett Taylor failed to respond to discovery requests.

The Court approved the parties' discovery schedule to tender requests by May 30 and then conduct depositions by June 30. ECF No. 122. Plaintiff served discovery requests on May 8, but more than 30 days later, the Defaulting Defendant did not respond. On June 8, I emailed defense counsel about the missing responses, reserving all rights (i.e., the waiver of objections). That same day, I conferred with defense counsel by phone, and defense counsel acknowledged the missed deadline. In the hopes of receiving belated responses and at least a rolling production without Court intervention, I waited until today to file a letter-motion, but with the impending deadline for depositions, judicial intervention is required.

Plaintiff thanks the Court and remains available if there are any further questions.

The Court has not received any response from Defendant. By June 26, 2026, the parties shall confer and advise the Court by letter whether the dispute has been resolved or if the Court's intervention is required.

SO ORDERED.

Loretta A. Preska
Senior United States District Judge

June 24, 2026