UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVE OTIS,

                              Plaintiff,                    25-cv-1652 (LAP)

        -against-                                           ORDER

GARREN JAMES a/k/a BRETT TAYLOR

                              Defendant.


        LORETTA A. PRESKA, Senior United States District Judge:

        The damages inquest scheduled for August 31, 2026 is adjourned. By July 10, 2026, the parties shall confer and submit to the Court by letter a list of dates in September and October 2026 in which the parties are both available.

        **SO ORDERED.**

Dated:    New York, New York
          July 6, 2026

                                    _____
                                    LORETTA A. PRESKA
                                    Senior United States District Judge