UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVE OTIS,

                        Plaintiff,                    25-cv-1652 (LAP)

     -against-                                        ORDER

GARREN JAMES a/k/a BRETT TAYLOR

                        Defendant.

          LORETTA A. PRESKA, Senior United States District Judge:

          As discussed at the July 15, 2026 conference, the Court understands that the criminal matters filed by defense counsel at Dkts. 145-2 and 146-2 relate to a different Steven Otis who is entirely unrelated to this case.  Because Plaintiff Otis has no relationship to either of these criminal matters, the Clerk of Court shall strike Dkts. 145-2 and 146-2 from the docket.

          **SO ORDERED.**

Dated:    New York, New York
          July 22, 2026

_____
          LORETTA A. PRESKA
          Senior United States District Judge