# EISENBERG & BAUM, LLP

July 26, 2026

**BY ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Otis v. James, et al.*, No. 25-cv-01652 (LAP)

Dear Judge Preska:

Plaintiff Steve Otis writes to request that the Court order Defendant Brett Taylor to provide complete discovery on punitive damages on an expedited timeline—namely, (1) financial affidavits from Brett and Francia Taylor, (2) full responses to Plaintiff's discovery requests, including the production of tax returns, bank records, and credit-card records; and (3) deposition testimony to establish punitive damages, including net worth, commingled assets, and wanton and willful conduct. Without a Court-ordered deadline, Plaintiff has had no indication that Defendant will fully cooperate before the impending inquest on September 8, 2026.[1]

To begin, Plaintiff seeks the financial affidavits from Brett Taylor and Francia Taylor that the Court ordered on July 15, 2026.

In addition, the parties agree that punitive damages are available, ECF No. 149 at 1, and "[w]hile a default judgment constitutes an admission of liability," Plaintiff will seek discovery on "the degree of wanton and willful conduct of the defendant." *See Flaks v. Koegel*, 504 F.2d 702, 707 (2d Cir. 1974). Accordingly, because punitive damages are available, Plaintiff requests full responses to discovery

---

[1] Plaintiff's counsel sent emails and participated in phone calls with defense counsel before and after the settlement conference.

The Honorable Loretta A. Preska
July 26, 2026
Page 2

requests (ECF No. 139-2) based on the Court's preliminary ruling at the July 15, 2026 conference.[2] Such discovery includes:

- Identity of Brett Taylor's bankers, brokers, certified public accountants, tax return preparers, and other financial professionals (Interrogatory Nos. 1-5);

- Tax returns since 2008 (Document Requests Nos. 5 & 8-9);[3]

---

[2] The Court ordered this discovery (as long as punitive damages were available) without reaching Defendant's untimely and deficient objections.

[3] Document Request No. 5 requests tax returns since 2021, but Document Request Nos. 8-9 request documentation to any income generated by co-defendant Cowboys4Angels, which began in 2008. Brett Taylor testified that he would only remember this income from his tax returns:

> Q. But during your time with Cowboys4Angels between approximately 2008 to 2021, did you maintain records of what you made each year?
>
> A. I believe so, yeah. I mean, you know, the federal tax return.
>
> Q. Beside your federal tax returns, is there any other basis for us to know how much you made each year for Cowboys4Angels?
>
> MR. BIZZARO: Objection. You can answer.
>
> A. I mean, I don't have like a piece of paper with my income, just tax returns.

Ex. A, Taylor Tr. 55:17–56:5.

The Honorable Loretta A. Preska
July 26, 2026
Page 3

- Production of all financial statements, loan statements, insurance policies, and credit card statements since 2021 or during Brett Taylor's ownership of co-defendant Cowboys4Angels[4] (Document Request Nos. 1-4).

Related to the discovery addressed at the July 15, 2026, conference, Plaintiff will also seek to depose:

- Brett Taylor on his full discovery responses and "the degree of wanton and willful conduct";

- Bridget Kreshover a.k.a. Bridget Collins on her work with co-defendant Cowboys4Angels and the sale of that company;

- Individuals identified in response to Interrogatories and Document Requests, such as a financial planner or a tax return preparer; and

- Francia Taylor about the commingling of assets, such as those from OnlyFans where Brett Taylor appeared in videos with his wife but allegedly received no income. Ex. A, Taylor Dep. Tr. 72:12-23.

Finally, Plaintiff intends to subpoena OnlyFans and reserves the right for further discovery based on Defendant's discovery responses and deposition testimony.

Plaintiff reserves all rights, including a request for an adverse inference under Fed. R. Civ. P. 37(b) depending on the production and testimony. Plaintiff thanks the Court and remains available if there are any further questions.

Respectfully submitted,

Plaintiff's requests are GRANTED.

_____
David John Hommel, Esq.
**EISENBERG & BAUM, LLP**
*Attorneys for Steve Otis*

SO ORDERED.

_____
Loretta A. Preska
Senior United States District Judge

July 27, 2026