UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVE OTIS,

Plaintiff,

-against-

GARREN JAMES a/k/a BRETT TAYLOR

Defendant.

25-cv-1652 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The damages inquest for Defaulting Defendant Brett Taylor shall begin at 9:30 AM on September 8, 2026. By August 6, 2026, the parties shall file a joint letter containing an updated list of anticipated witnesses and the time expected for each direct and cross-examination.

By August 28, 2026, the parties are invited to submit pretrial briefs of no more than ten pages outlining each party's measure of damages and expectations of what the evidence will show. The Court will also permit each party to make a brief opening statement at the start of the inquest and will permit the parties to use visual aids as necessary; however, the Court asks that the parties publicly file any visual presentation that will be employed during the opening statement.

Following the damages inquest, the Court will ask the parties to submit proposed findings of fact and conclusions of law.

**SO ORDERED.**

Dated:    New York, New York
          July 30, 2026

_____
LORETTA A. PRESKA
Senior United States District Judge