# EISENBERG & BAUM, LLP

August 6, 2026

**BY ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    ***Otis v. James, et al.*, No. 25-cv-01652 (LAP)**

Dear Judge Preska:

On behalf of Plaintiff Steve Otis and Defendant Brett Taylor, I write to provide the parties' list of anticipated witnesses and the time expected for each direct and cross-examination.

**Plaintiff's Witnesses:**
- Plaintiff Steve Otis (2-hour direct examination, 2-hour cross-examination)
- Dr. Nadia Oryema (1-hour direct examination, 1-hour cross-examination)
- Defendant Brett Taylor (1.5-hour direct examination, 2-hour cross-examination)
- Francia Taylor (1-hour direct examination, 2-hour cross-examination)
- Bridget Collins (1-hour direct examination, 1-hour cross-examination)

**Defendant's Witnesses:**[1]
- Dr. Perez (1.5 hours direct, .5-hour cross-examination)
- Steve Otis's wife (1.5 hours direct, .5-hour cross-examination)
- Bryan Alzate (1.5 hours direct, .5-hour cross-examination)

---

[1] For these witnesses, Plaintiff reserves all objections, including those based on Fed. R. Civ. P. 45. Separately, Plaintiff notes that his wife will not be in the country during the inquest.

The Honorable Loretta A. Preska
August 6, 2026
Page 2

   The parties thank the Court and remain available if there are any further questions.

       Respectfully submitted,

       David John Hommel, Esq.
       **EISENBERG & BAUM, LLP**
       24 Union Square East, PH
       New York, NY 10003
       (212) 353-8700
       dhommel@eandblaw.com
       *Attorneys for Steve Otis*

cc:  All Counsel of Record