UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

STEVE OTIS,

Plaintiff,

-against-

GARREN JAMES aka BRETT TAYLOR,
and COWBOYS4ANGELS,

Defendants.

-------------------------------------------------------------X

Case No. 25-cv-01652 (LAP)

**ORDER SETTING ASIDE DEFAULT JUDGMENT**

Plaintiff Steve Otis ("Otis") and Defendant Brett Taylor, i/s/h/a Garren Ja es aka Brett Taylor ("Taylor") having informed the Court that they have jointly stipulated to have the Order Granting Plaintiff's Default Judgment against Taylor, entered by this Court as Docket Entry No. 102, set aside and otherwise vacated.

**WHEREAS,** Otis and Taylor have reached a settlement in the above referenced action; and

**WHEREAS**, as part of that settlement, the Parties have agreed to stipulate to have the Default Judgment, entered on the docket as Docket Entry No. 102, set aside; and

**WHEREAS**, this Court, based on the Parties' Joint Stipulation, filed as Exhibit 1 to Docket Entry No. 158, and pursuant to F.R.C.P § 55(c), finds good cause for the Default Judgment to be set aside;

**IT IS, on this** 3rd **day of** September **, 2026,**

**ORDERED** that the Court's Order Granting Plaintiff's Motion For Default Judgment (Dkt Entry No. 102), is set aside and otherwise vacated.

**ORDERED** that the Parties are directed to file a Stipulation of Voluntary Dismissal as to Defendant Taylor ONLY within 7 days of this Order.

HON. LORETTA A. PRESKA, U.S.D.J.